# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XIANDU ZHANG | No. 2:24-mj-00204-KFW |

## SPEEDY TRIAL ORDER

The parties have filed a Consent Motion for Extension of Time to Indict (Dkt No. 36), on the grounds that the parties wish to have an additional period of time in which to discuss the potential for an alternate resolution of this case which requires interpretation services to enable further consultation and further discussion between the parties. The defendant waives his rights under the Speedy Trial Act.

After full consideration of the motion and the representations contained therein, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in 18 U.S.C. § 3161(h)(7)(B), the Court can and does find that the ends of justice served by such an enlargement of time outweigh the best interests of the public and of the Defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The Consent Motion for extension of Time to Indict and to Exclude Time Under the Speedy Trial Act is hereby GRANTED.

2. The time period between December 6, 2024, and February 13, 2025, is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

**SO ORDERED.**

Date: December 2, 2024

_____
Judge's Signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title